# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VISTADIS, LLC, | : | |
|     Petitioner, | : | MISCELLANEOUS ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | No. 18-190 |
|     Respondent. | : | |

## ORDER

**AND NOW**, this **29th** day of **March 2019**, upon consideration of the Petition to Quash Internal Revenue Service Summons, Respondent's Motion for Summary Denial of the Petition to Quash and for Enforcement of the Summons, Petitioner's response, and Respondent's reply, and for the reasons stated in this Court's Memorandum dated March 29, 2019, it is **ORDERED** that:

1. The Petition to Quash Internal Revenue Service Summons (Document No. 1) is **DENIED**.

2. The Motion for Summary Denial of the Petition to Quash and for Enforcement of the Summons (Document No. 8) is **GRANTED**.

BY THE COURT:

/s/ Berle M. Schiller

**Berle M. Schiller, J.**